No. 179. ROGERS, SECRETARY OF STATE v. BELLEI. Appeal from D. C. D. C. [Probable jurisdiction noted, 396 U. S. 811; restored to calendar, 397 U. S. 1060.] Motion of appellee to remove case from summary calendar granted and a total of one and one-half hours allotted for oral argument.

No. 977. WYMAN, COMMISSIONER OF SOCIAL SERVICES OF NEW YORK v. JAMES ET AL. Appeal from D. C. S. D. N. Y. [Probable jurisdiction noted, 397 U. S. 904.] Application to remove seal from record or permit reference in briefs to sealed material granted.

No. 1058. PHILLIPS v. MARTIN MARIETTA CORP. C. A. 5th Cir. [Certiorari granted, 397 U. S. 960.] Motion of Air Line Stewards & Stewardesses Association, Local 550, Transport Workers Union of America, AFL–CIO, for leave to file a brief as *amicus curiae* granted.

No. 2031, Misc. TIME, INC. v. FIRESTONE. C. A. 5th Cir. and D. C. S. D. Fla. Motion for leave to file petition for writs of certiorari denied. MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that certiorari should be granted.

No. 2007, Misc. MEYER v. FIELD, MEN'S COLONY SUPERINTENDENT; and
No. 2174, Misc. WOOD v. KOLOSKI, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1896, Misc. MILLAN-DIAZ v. AUGELLI, U. S. DISTRICT JUDGE; and
No. 1956, Misc. MONTAGUE v. HUNTER, CHIEF JUSTICE, SUPREME COURT OF WASHINGTON. Motions for leave to file petitions for writs of mandamus denied.